FILED

12/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0418

**IN THE SUPREME COURT
OF THE STATE OF MONTANA**

DA 20-0418

---

WADE AYALA,

Plaintiff, Counterclaim-Defendant, and Appellee,

v.

GAIL STAFFORD,

Defendant, Counter-Claimant, Third-Party Plaintiff, Appellant, and Cross-Appellee,

v.

RECONTRUST COMPANY, N.A.; BANK OF AMERICA, N.A.; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Third-Party Defendants, Appellees, and Cross-Appellants,

EQUITY PROCESS MANAGEMENT, INC.; PAMELA PFAFF, Personal Representative of the Estate of JOSEPH NOWAKOWSKI; BRANDY LOU AYALA, SADIE LYNN BARRETT; and DOES 1-10,
Third-Party Defendants and Appellees.

---

**ORDER GRANTING 30-DAY EXTENSION**

---

Pursuant to Mont. R. App. P. 26(1) and upon Uncontested Motion of

Appellee for an extension of time to file his Brief, and there being no objection,

IT IS HEREBY ORDERED that Appellee Wade Ayala is granted a thirty-day extension, up to and including January 29, 2021, within which to file his Response Brief.

**ELECTRONICALLY DATED AND SIGNED BELOW.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 15 2020